UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE FERRY QUINN, | : | |
| Plaintiff | : | No. 3:15-CV-1343 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

FILED
SCRANTON
NOV 30 2016
PER_____
DEPUTY CLERK

## ORDER

**NOW, THIS 30TH DAY OF NOVEMBER, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Michele Ferry Quinn disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**